

FILED
2005 Jan-24 PM 03:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| STEPHEN PAUL HARP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE ACTION NO. |
| COLE LUMPKIN, an individual, ERIC ) | |
| ROEBUCK, an individual, CHIEF ) | 4:04-CV-2454-RBP |
| RICHARD CROUCH, an individual, ) | |
| and the CITY OF GADSDEN, a ) | |
| municipal corporation, ) | |
| ) | |
| Defendants. ) | |

### JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff Stephen Paul Harp ("Plaintiff"), by and through his undersigned counsel, and Defendants Cole Lumpkin, Eric Roebuck, Chief Richard Crouch, and the City of Gadsden ("Defendants"), by and through their undersigned counsel, and hereby stipulate, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that this case may be dismissed with prejudice, each party to bear his or its own costs.

Respectfully submitted,

_____
Marcus W. Reid
Attorney for Plaintiff
Stephen Paul Harp

**OF COUNSEL:**
LAW OFFICES OF MARCUS W. REID, ESQ.
Post Office Box 2303
Anniston, Alabama 36202
(256) 236-1240

                                                  */s/ Kimberly W. Geisler*
                                                  Carter H. Dukes
                                                  Kimberly W. Geisler
                                                  Attorneys for Defendants
                                                  Cole Lumpkin, Eric Roebuck,
                                                  Chief Richard Crouch, and the
                                                  City of Gadsden

**OF COUNSEL:**
HUCKABY SCOTT & DUKES, P.C.
2100 Third Avenue North, Suite 700
Birmingham, Alabama 35203
(205) 251-2300

32351.1